IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2660-WYD-MEH

CLEAR SKIES NEVADA, LLC,

    Plaintiff,

v.

JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 11,
JOHN DOE 13,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 18,

    Defendants.

## ORDER DISMISSING PARTY WITHOUT PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe Number 4 (ECF No. 19), filed on March 21, 2016.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant John Doe 4 shall be **DISMISSED WITHOUT PREJUDICE** from this action.  Accordingly, it is

    ORDERED that Defendant John Doe 4 is **DISMISSED WITHOUT PREJUDICE** from this action.  It is

    FURTHER ORDERED that the Clerk of the Court shall amend the case caption

to reflect the dismissal of John Doe 4.

    Dated: March 24, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge